```
                  UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF FLORIDA

                  CASE NO. 06-61650-CIV-ZLOCH
```

WYNDHAM VACATION RESORTS, INC.,

    Plaintiff,

vs.                           **FINAL JUDGMENT IN GARNISHMENT**

PEGGY DADE,

    Defendant.
_____/

THIS MATTER is before the Court upon Plaintiff Wyndham Vacation Resorts, Inc.'s Motion For Final Judgment In Garnishment (DE 44). The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

By prior Order (DE 32) the Court awarded Plaintiff Wyndham Vacation Resorts, Inc. $399,000.00, pursuant to a Consent Judgement agreed to by the Parties. Plaintiff then sought a Writ Of Garnishment as to Garnishee Peggy Dade to satisfy the Consent Judgment, which the Court granted. Plaintiff now seeks a Final Judgment In Garnishment. Pursuant to 15 U.S.C. § 1673(a), a garnishment of weekly earnings is limited to the lesser of:

> (1) 25 per centum of [the individual's] disposable earnings for that week; or
> (2) the amount by which [the individual's] disposable earnings for that week exceed thirty times the Federal minimum hourly wage prescribed by section 206(a)(1) of Title 29 in effect at the time the earnings are payable.

15 U.S.C. § 1673(a). The Court in its discretion finds that a garnishment no greater than 15 per centum of Defendant Dade's

disposable earnings per pay period until the consent judgment is satisfied is sufficient to compensate Plaintiff.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. That Plaintiff Wyndham Vacation Resorts, Inc.'s Motion For Final Judgment In Garnishment (DE 44) be and the same is hereby **GRANTED**;

2. The Clerk of the Court be and the same is hereby **DIRECTED** to issue a Final Judgment In Garnishment against Defendant PEGGY DADE (SSN: XXX-XX-3153)[1] ordering Garnishee **UNITED STATES POSTAL OFFICE**, c/o Thomas Culhane, Manager, Payroll Processing Branch, 2825 Lone Oak Parkway, Eagan, MN 5512109650, to deduct the lesser of 1) 15 per centum (15%) of Defendant Peggy Dade's disposable earnings for each pay period; or (2) the amount by which Defendant Peggy Dade's disposable earnings for each pay period exceed thirty times the Federal minimum hourly wage prescribed by section 206(a)(1) of Title 29 in effect at the time the earnings are payable from Defendant's earnings and pay the same to Plaintiff Wyndham Vacation Resorts, Inc.;

3. That Garnishee may collect up to $5.00 against the salary or wages of Defendant for the first deduction and up to $2.00 for each deduction thereafter for administrative expenses;

---

[1] Defendant'S Social Security Number is included as required by 5 U.S.C. §5520a(c)(2) and 39 C.F.R. §§491.3 and 491.4.

4. The Writ shall continue until Plaintiff's judgment of $399,999.00 is paid in full or until otherwise ordered by this Court; and

5. The Clerk of the Court be and the same is hereby **DIRECTED** to redact the first five digits of Defendant's Social Security Number listed in Paragraph No. 2 above.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___4th___ day of September, 2008.

                                                          _____
                                                          WILLIAM J. ZLOCH
                                                          United States District Judge

Copies furnished:

All Counsel of Record